IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
USDC CLERK, FLORENCE, SC

2011 SEP 27 P 3: 30

| | | |
|---|---|---|
| SUN LIFE ASSURANCE<br>COMPANY OF CANADA | : | |
| | : | |
| Plaintiff/Stakeholder | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 4:11-CV-01658-RBH |
| | : | |
| VANDER BROWN SIMMONS, JR.,<br>CORNELIA WHITE O/B/O T.W., A MINOR,<br>AND V.S., A MINOR AND<br>QUICK'S FUNERAL HOME | : | |
| | : | |
| Defendants/Claimants | : | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO
## SUN LIFE ASSURANCE COMPANY OF CANADA ONLY

The court having duly considered the parties' STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SUN LIFE ASSURANCE COMPANY OF CANADA ONLY, with proof having been made to the satisfaction of the court, and good cause appearing therefore, IT IS HEREBY ORDERED:

1.     Sun Life is granted leave to deposit its admitted liability in the amount of $92,000, into the registry of this Court within 45 days;

2.     The claimants and all other parties in this case are currently and perpetually restrained and enjoined from instituting or prosecuting any proceedings against Sun Life in any way relating to the policy or the subject insurance proceeds. Said injunction shall issue without bond or a surety.



3.     All liens against the proceeds of the policy asserted by or on behalf of the claimants or any other party in this case, including any and all attorneys' liens, costs, fees, and charges, are hereby resolved and of no force or effect.

4.     Sun Life is excused from further attendance in this matter and is dismissed from this case with prejudice. The remaining claimants and other parties to this case shall litigate their claims and contentions regarding the subject life insurance proceeds without further involving Sun Life.

**IT IS SO ORDERED.**

Dated: 9-27-11

Hon. R. Bryan Harwell